**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Athletic Specialties 2, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0906517** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1240 Karl Court** <br> **Suite 1** <br> **Wauconda, IL 60084-1077** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lake** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor   **Athletic Specialties 2, Inc.**

Name

Case number (*if known*) _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Athletic Specialties 2, Inc.**                                    Case number (*if known*) _____
         Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____  When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **Athletic Specialties 2, Inc.**                                           Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Athletic Specialties 2, Inc.**                                    Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 19, 2021**
MM / DD / YYYY

**X** **/s/ Scott Palmberg**                          **Scott Palmberg**
Signature of authorized representative of debtor        Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Ariel Weissberg**                 Date  **December 19, 2021**
Signature of attorney for debtor                      MM / DD / YYYY

**Ariel Weissberg 03125591**
Printed name

**Weissberg and Associates, Ltd.**
Firm name

**564 W. Randolph Street**
**Second Floor**
**Chicago, IL 60661**
Number, Street, City, State & ZIP Code

Contact phone  **312-663-0004**    Email address  **ariel@weissberglaw.com**

**03125591 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Athletic Specialties 2, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2021**          X **/s/ Scott Palmberg**
                                            Signature of individual signing on behalf of debtor

                                            **Scott Palmberg**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Athletic Specialties 2, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Plastics c/o Asset Collections Inc 600 SW 92nd Portland, OR 97223 | | Vendor | | | | $8,044.00 |
| Carey Brunelli 2550 North Lake Shore Ave Chicago, IL 60614 | | Blanket Lien -- Second Position | | $920,000.00 | Unknown | Unknown |
| Christine and Stanley Domanski 4238 North Sayre Norridge, IL 60706 | | Blanket Lien -- Third Position | | $230,000.00 | Unknown | Unknown |
| Hickory Brands 429 27th Street NW Hickory, NC 28601 | | Vendor | | | | $6,083.67 |
| HRP Products PO Box 190 Somersworth, NH 03878 | | Vendor | | | | $2,269.22 |
| Manning Silverman 175 Olde Half Day Road Lincolnshire, IL 60069 | | Accountant | | | | $60,000.00 |
| Quest PO BOX 1090 Menomonee Falls, WI 53052 | | Vendor | | | | $95,000.00 |
| Rip-It (Clearview Systems) PO BOX 850001 Orlando, FL 32885 | | Vendor | | | | $20,440.00 |
| SafeTGard Corp 4975 Miller Street, Unit B Wheat Ridge, CO 80033 | | Vendor | Disputed | | | $2,897.35 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Athletic Specialties 2, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Southern Converters/FWI Supply 309 Dividend Drive Peachtree City, GA 30269** | | Vendor | | | | **$499.60** |
| **Steff Ind. (now Southern Craft MFG) 3115 Nothington Court Florence, AL 35630** | | Vendor | | | | **$498.51** |
| **TEDC 315 N Broadway, Ste 300 Tyler, TX 75702** | | Certain Equipment | | **$26,011.26** | **$10,000.00** | **$16,011.26** |
| **Tom Wicoff Advertising 1024 College Avenue Wheaton, IL 60187** | | Vendor | | | | **$11,675.00** |
| **Tri-Foxco 4645 Witmer Industrial Estate Niagara Falls, NY 14305** | | Vendor | | | | **$4,384.95** |
| **U.S. Small Business Administration Dept. of Treasury, Bureau of Fiscal P.O. Box 830794 Birmingham, AL 35283-0794** | | Participation with Village Bank (same debt) -- First Position | | **Unknown** | **Unknown** | **Unknown** |
| **Village Bank & Trust Brandon Freud/Chuhak&Tecson 30 South Wacker Dr., Suite 2600 Chicago, IL 60606** | bfreud@chuhak.com | Blanket Lien -- First Position | | **$5,198,857.66** | **Unknown** | **Unknown** |
| **Welltake 2nd Floor, NO 593-1 San Min Gorad Taipei, T 24700** | | Vendor | | | | **$228,334.45** |
| **XPO Logistics 30 S. Wacker Dr., Suite 2600 Chicago, IL 60606** | | Vendor | | | | **$21,066.42** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Athletic Specialties 2, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

| 2.1 | **Carey Brunelli** | Describe debtor's property that is subject to a lien | **$920,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2550 North Lake Shore Ave**
**Chicago, IL 60614**

Creditor's mailing address

**Blanket Lien -- Second Position**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Christine and Stanley Domanski** | Describe debtor's property that is subject to a lien | **$230,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**4238 North Sayre**
**Norridge, IL 60706**

Creditor's mailing address

**Blanket Lien -- Third Position**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Athletic Specialties 2, Inc.**
_____
Name

Case number (*if known*)    _____

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **TEDC** | Describe debtor's property that is subject to a lien | $26,011.26 | $10,000.00 |

Creditor's Name

**Certain Equipment**

**315 N Broadway, Ste 300
Tyler, TX 75702**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Participation with Village Bank (same debt) -- First Position**

**Dept. of Treasury, Bureau of Fiscal
P.O. Box 830794
Birmingham, AL 35283-0794**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Village Bank & Trust** | Describe debtor's property that is subject to a lien | $5,198,857.66 | Unknown |

Creditor's Name

**Blanket Lien -- First Position**

**Brandon
Freud/Chuhak&Tecson
30 South Wacker Dr., Suite 2600
Chicago, IL 60606**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor    **Athletic Specialties 2, Inc.**                                Case number (if known) _____
          Name

Creditor's mailing address                    **Describe the lien**
                                              _____

**bfreud@chuhak.com**                         **Is the creditor an insider or related party?**
Creditor's email address, if known            ■ No
                                              □ Yes
**Date debt was incurred**                    **Is anyone else liable on this claim?**
                                              □ No
                                              ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an              **As of the petition filing date, the claim is:**
interest in the same property?**             Check all that apply
■ No                                          □ Contingent
□ Yes. Specify each creditor,                 □ Unliquidated
including this creditor and its relative      □ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$6,374,868.9 2** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name __**Athletic Specialties 2, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $8,044.00 |
| | **American Plastics**<br>**c/o Asset Collections Inc**<br>**600 SW 92nd**<br>**Portland, OR 97223** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Vendor__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | $6,083.67 |
| | **Hickory Brands**<br>**429 27th Street NW**<br>**Hickory, NC 28601** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Vendor__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | $2,269.22 |
| | **HRP Products**<br>**PO Box 190**<br>**Somersworth, NH 03878** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2020__ | Basis for the claim: __Vendor__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | $60,000.00 |
| | **Manning Silverman**<br>**175 Olde Half Day Road**<br>**Lincolnshire, IL 60069** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __2020 to 2021__ | Basis for the claim: __Accountant__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Athletic Specialties 2, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,000.00 |
|---|---|---|---|

**Quest**
PO BOX 1090
Menomonee Falls, WI 53052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,440.00 |
|---|---|---|---|

**Rip-It (Clearview Systems)**
PO BOX 850001
Orlando, FL 32885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,897.35 |
|---|---|---|---|

**SafeTGard Corp**
4975 Miller Street, Unit B
Wheat Ridge, CO 80033

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.60 |
|---|---|---|---|

**Southern Converters/FWI Supply**
309 Dividend Drive
Peachtree City, GA 30269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.51 |
|---|---|---|---|

**Steff Ind. (now Southern Craft MFG)**
3115 Nothington Court
Florence, AL 35630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,675.00 |
|---|---|---|---|

**Tom Wicoff Advertising**
1024 College Avenue
Wheaton, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,384.95 |
|---|---|---|---|

**Tri-Foxco**
4645 Witmer Industrial Estate
Niagara Falls, NY 14305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Athletic Specialties 2, Inc.**                                    Case number (if known)
              _____
              Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228,334.45 |

**Welltake**
**2nd Floor, NO 593-1**
**San Min Gorad**
**Taipei, T 24700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,066.42 |

**XPO Logistics**
**30 S. Wacker Dr., Suite 2600**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 461,193.17 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 461,193.17 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Athletic Specialties 2, Inc.__        Case No. _____

Debtor(s)       Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 40,000.00 |
   | Prior to the filing of this statement I have received | $ | 40,000.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **Athletic Specialties, LLC**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify): _____

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

<hr>

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__December 19, 2021__          /s/ Ariel Weissberg
*Date*          **Ariel Weissberg 03125591**
         *Signature of Attorney*
         **Weissberg and Associates, Ltd.**
         **564 W. Randolph Street**
         **Second Floor**
         **Chicago, IL 60661**
         **312-663-0004  Fax: 312-663-1514**
         **ariel@weissberglaw.com**
         *Name of law firm*

## WEISSBERG AND ASSOCIATES, LTD.

564 W. Randolph Street                                                     Telephone: 312-663-0004
Second Floor                                                               Facsimile: 312-663-1514
Chicago, Illinois 60661                                                    E-Mail:

December 19, 2021

Athletic Specialties 2, Inc.
c/o Mr. Scott Palmberg
260 South Basswood Road
Lake Forest, IL  60045

> Re:    Athletic Specialties 2, Inc. // Chapter 11

Dear Mr. Palmberg:

We are pleased that you have requested this law firm to represent Athletic Specialties 2, Inc. ("Athletic Specialties") in connection with the above-captioned matter. Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client. This letter sets forth the terms concerning our representation of Athletic Specialties.

Athletic Specialties agrees to pay our firm an advanced payment fee in the amount of $40,000.00 (the "Advanced Payment Retainer"), plus a $1,738 Bankruptcy Court filing fee from which we will credit against our legal services as rendered and advance against any reimbursable costs and expenses, which amount is paid to us for the purpose of establishing our attorney-client relationship.

We will bill Athletic Specialties based on an hourly basis--to be applied against the Advanced Payment Retainer.  Our billing is based on the following rates for the attorneys of Weissberg and Associates:

| | |
|---|---|
| Ariel Weissberg: | $450.00 per hour |
| Rakesh Khanna | $375.00 per hour |
| David Jankura: | $300.00 per hour |
| Paralegal: | $150.00 per hour |

Athletic Specialties 2, Inc.
December 19, 2021
Page -2-


   Athletic Specialties shall also be responsible for the payment of all cost charges such as filings with courts and government agencies, photocopying, express courier services, messenger services, computerized legal research, travel, and other expenses and charges which are incurred by our firm in Athletic Specialties' representation.

   Please date and countersign this letter and return it to me with a check in the amount of the Advanced Payment Retainer and filing fee ($41,738.00) so that we will have a written mutual memorandum of our understanding.  Please retain the signed copy of the letter for your file.

          Yours truly,




          Ariel Weissberg


AW/hw


**ACCEPTED this  19th   day of December, 2021**

**ATHLETIC SPECIALTIES 2, INC.**



By: _____
  **SCOTT PALMBERG, its**
   **authorized representative**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Athletic Specialties 2, Inc.**                                    Case No.

_____    Chapter    **11**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Palmberg**<br>**1240 Karl Court, Suite 1**<br>**Wauconda, IL 60084** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 19, 2021**                Signature    **/s/ Scott Palmberg**
_____                **Scott Palmberg**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Athletic Specialties 2, Inc.**                                      Case No.
                                                    Debtor(s)       Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **21**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December 19, 2021**                    **/s/ Scott Palmberg**
                                                  **Scott Palmberg/President**
                                                  Signer/Title

American Plastics
c/o Asset Collections Inc
600 SW 92nd
Portland, OR 97223


Carey Brunelli
2550 North Lake Shore Ave
Chicago, IL 60614


Christine and Stanley Domanski
4238 North Sayre
Norridge, IL 60706


Hickory Brands
429 27th Street NW
Hickory, NC 28601


HRP Products
PO Box 190
Somersworth, NH 03878


Manning Silverman
175 Olde Half Day Road
Lincolnshire, IL 60069


Michelle Palmberg
1240 Karl Court, Suite 1
Wauconda, IL 60084


Quest
PO BOX 1090
Menomonee Falls, WI 53052


Rip-It (Clearview Systems)
PO BOX 850001
Orlando, FL 32885


SafeTGard Corp
4975 Miller Street, Unit B
Wheat Ridge, CO 80033

Scott Palmberg
1240 Karl Court, Suite 1
Wauconda, IL 60084


Southern Converters/FWI Supply
309 Dividend Drive
Peachtree City, GA 30269


Steff Ind. (now Southern Craft MFG)
3115 Nothington Court
Florence, AL 35630


TEDC
315 N Broadway, Ste 300
Tyler, TX 75702


Tom Wicoff Advertising
1024 College Avenue
Wheaton, IL 60187


Tri-Foxco
4645 Witmer Industrial Estate
Niagara Falls, NY 14305


U.S. Small Business Administration
Dept. of Treasury, Bureau of Fiscal
P.O. Box 830794
Birmingham, AL 35283-0794


Village Bank & Trust
Brandon Freud/Chuhak&Tecson
30 South Wacker Dr., Suite 2600
Chicago, IL 60606


Welltake
2nd Floor, NO 593-1
San Min Gorad
Taipei, T 24700


XPO Logistics
30 S. Wacker Dr., Suite 2600
Chicago, IL 60606

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Athletic Specialties 2, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Athletic Specialties 2, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2021**

Date

**/s/ Ariel Weissberg**

**Ariel Weissberg 03125591**

Signature of Attorney or Litigant

Counsel for   **Athletic Specialties 2, Inc.**

**Weissberg and Associates, Ltd.**
**564 W. Randolph Street**
**Second Floor**
**Chicago, IL 60661**
**312-663-0004 Fax:312-663-1514**
**ariel@weissberglaw.com**