UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Athletic Specialties 2, Inc. | ) | Case No. 21-14328 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

## NOTICE OF OBJECTION

To: See Attached Service List

PLEASE TAKE NOTICE that the United States Trustee has an objection to and respectfully requests to be heard the following motion:

**Docket No. 46:   Debtor's Application to Employ Attorneys**

noticed for hearing on February 14, 2022, at 9:30 AM before the Honorable A. Benjamin Goldgar.

PATRICK S. LAYNG
UNITED STATES TRUSTEE

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

      I, M. Gretchen Silver, an attorney, state that on February 1, 2022, pursuant to Local Rule 9013-1(D) the **Notice of Objection** was filed and served on all parties via the Court's Electronic Notice for Registrants, as indicated on the service list below.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- **Matthew Brash**   mbrash@newpointadvisors.us, I003@ecfcbis.com
- **Brandon R Freud**   bfreud@chuhak.com, dburns@chuhak.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Ariel Weissberg**   ariel@weissberglaw.com, Hava@weissberglaw.com;rakesh@weissberglaw.com;oleh@weissberglaw.com;6010998420@filings.docketbird.com